UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____

**HOWARD COHAN,**

    **Plaintiff,**

                                      **CASE NO.: 6:24-cv-02093-CEM-LHP**

**v.**

**YONTZ ENTERPRISES, INC., a Florida Profit Corporation d/b/a MCDONALD'S,**

    **Defendant.**
_____/

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN, and Defendant, YONTZ ENTERPRISES, INC. a Florida Profit Corporation d/b/a MCDONALD'S, by and through undersigned counsel and pursuant to Local Rule 3.09(a), hereby notify the Court that the Parties have reached an agreement to settle the above-captioned matter. The Parties are preparing settlement documents, and anticipate filing a Joint Stipulation of Dismissal within the next sixty (60) days.

DATED this 10th day January, 2025.

Respectfully submitted,

| | |
|---|---|
| /s/ Kelsey N. Ortiz<br>KRISTYNE E. KENNEDY<br>**LEAD COUNSEL**<br>Florida Bar No.:  0194700<br>KELSEY N. ORTIZ<br>Florida Bar No.: 1010647<br>COLE, SCOTT & KISSANE, P.A.<br>Tower Place, Suite 400<br>1900 Summit Tower Boulevard<br>Orlando, Florida 32810<br>Email:<br>Kristyne.Kennedy@csklegal.com<br>Email:<br>Kelsey.Ortiz@csklegal.com<br>Secondary Email:<br>Evelyn.Ortero@csklegal.com<br>Telephone: (321) 972-0028<br>Facsimile: (321) 972-0099<br>Attorneys for Defendant | /s/ Gregory S. Sconzo<br>GREGORY S. SCONZO<br>Fla. Bar No. 0105553<br>SAMANTHA L. SIMPSON<br>Fla. Bar No. 1010423<br>SCONZO LAW OFFICE, P.A.<br>3825 PGA Boulevard, Suite 207<br>Palm Beach Gardens, FL 33410<br>Email:<br>greg@sconzolawoffice.com<br>Email:<br>samantha@sconzolawoffice.com<br>Email:<br>alexa@sconzolawoffice.com<br>Phone: (561) 729-0940<br>Facsimile: (561) 491-9459<br>Attorneys for Plaintiff |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of January, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

/s/ Kelsey N. Ortiz